| PROB 22<br>(Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)*<br>01 CR 22-1 |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>1:06CR36-MMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Mr. Robert Krasnow, Sr.<br>3747 S. W. 92nd Drive<br>Gainesville, Florida 32608 | DISTRICT<br>Illinois Northern | DIVISION<br>Eastern | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Elaine E. Bucklo | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |

**OFFENSE**

Racketeering-18USC1962(c)
False Statements on a Federal Tax Return-26USC7206(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois "

　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9-26-06_　　　　　　　　　　　　　　　　　　　　　　_/s/ Elaine Bucklo_
Date　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of Florida**

　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_October 11, 2006_　　　　　　　　　　　　　　　　_/s/ Maurice M. Paul_
Effective Date　　　　　　　　　　　　　　　　　　United States District Judge