# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                    **CASE NO. 1:06-cr-00036 MMP**

ROBERT KRASNOW,

    Defendant.
_____/

## O R D E R

This matter is before the Court on a request by the United States Probation Office for a hearing to modify the conditions of Defendant Krasnow's supervised release and to set monthly restitution payment. Because the District Court for the Northern District of Illinois did not set a monthly restitution payment amount to be made by Defendant, probation requests the Court to determine this amount and Defendant's ability to pay. Also, due to the nature of the crime for which Defendant was convicted, probation requests the Court to address the potential risk of Defendant involving himself in his family's medical business, and to add additional conditions reflecting this risk to Defendant's terms of supervision. The request is granted, and a hearing is scheduled for Wednesday January 31, 2007, at 2:00 p.m.

    **DONE AND ORDERED** this  _10th_ day of January, 2007

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge